UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x   Index No. 05 CIV 1482
WILBUR S. GRANT, JR., and MARIAN L. GRANT,    :

            Plaintiff,    :   **STIPULATION OF DISCONTINUANCE**

   -against-    :

PATRICIA LOUKERIS and FORD MOTOR CREDIT    :
COMPANY,

           Defendants.    :

                                      :
--------------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the action pending against defendants, **PATRICIA LOUKERIS** and **FORD MOTOR CREDIT COMPANY** be, and the same hereby is, discontinued **with prejudice**, and without costs to any party as against the other.

IT IS FURTHER STIPULATED, AGREED AND CONSENTED TO that within stipulation may be filed without further notice with the Clerk of the Court.

Dated: White Plains, New York
       December 14, 2006

| LAW OFFICE OF JOSEPH FALLEK, P.C. | WILSON, ELSER, MOSKOWITZ EDELMAN & DICKER |
|---|---|
| By: Andrew M. Fallek (AF-6357) | By: |
| Attorney for Plaintiffs | Attorneys for Defendant |
| 110 Wall Street, 19th Floor | Ford Motor Credit Company |
| New York, New York 10005 | 3 Gannett Drive |
| Phone: (212) 797-4700 | White Plains, New York 10604 |
| Fax: (212) 797-1550 | Phone: (914) 323-7000 |
|  | Fax: (914) 323-7001 |

1338701.1

Our File No: 03541.02205

**AHMUTY, DEMERS & McMANUS**
By: *Gillespie* John F Gillespie (JFG 4106)
Attorney for Defendant Patricia Loukeris
200 I.U. Willets Road
Albertson, New York 11507
Phone: 516-294-5433
Fax: 516-294-5387

**SO ORDERED:**

_____S/Kiyo A. Matsumoto_____

2/2/07

- 2 -

## CERTIFICATE OF SERVICE

ALLYSON AVILA hereby certifies that on the 1st day of February 2007, I caused a true and correct copy of the foregoing **STIPULATION OF DISCONTINUANCE** to be served via U.S. mail, as indicated, upon each of the persons listed below:

TO:    Joseph Fallek, P.C.
        Attorney for Plaintiffs
        110 Wall Street, 19th Floor
        New York, New York 10005
        Phone: (212) 797-4700
        Fax: (212) 797-1550
        Trial Counsel: Andrew M. Fallek, Esq.

        Ahmuty, Demers & McManus.
        Attorney for Defendant Patricia Loukeris
        200 I.U. Willets Road
        Albertson, New York 11507
        Phone: 516-294-5433
        Fax: 516-294-5387
        Trial Counsel: John F. Gillespie, Esq.

_____
ALLYSON AVILA (0944)

Dated: White Plains, New York
        February 1, 2007

1

1463695.1